# Exhibit C

| DISP# | PATIENT | | CARRIER | DOS | | Claim # | CPT CODE | DATE WON | PROVIDER | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DISP-1020006 | | CF | CIGNA | 9/15/2023 | | | 22558 | 8/10/2024 | VAYNMAN | | $8,251.98 |
| DISP-1020103 | | CF | CIGNA | 9/15/2023 | | | 22853 | 8/6/2024 | VAYNMAN | | $22,948.18 |
| DISP-1346785 | | AS | CIGNA | 12/23/2023 | | | 61312 | 4/8/2025 | GAUDIN | | $138,000.00 |
| DISP-1346847 | | AS | CIGNA | 12/23/2023 | | | 62143 | 9/6/2024 | GAUDIN | | $51,750.00 |
| DISP-1347030 | | AS | CIGNA | 12/23/2023 | | | 61618 | 5/1/2025 | GAUDIN | | $57,500.00 |
| DISP-1347105 | | AS | CIGNA | 12/23/2023 | | | 20660 | 5/1/2025 | GAUDIN | | $50,600.00 |
| DISP-1347258 | | AS | CIGNA | 12/23/2023 | | | 61619 | 6/7/2025 | GAUDIN | | $28,374.98 |
| DISP-1537794 | | JS | CIGNA | 3/1/2024 | | | 63267 | 8/23/2024 | GAUDIN | | $51,546.42 |
| DISP-1596556 | | ET | CIGNA | 3/21/2024 | | | 63048 | 11/11/2024 | GEORGE | | $62,100.00 |
| DISP-1596632 | | ET | CIGNA | 3/21/2024 | | | 64722 | 11/16/2024 | GEORGE | | $230,000.00 |
| DISP-1624494 | | DO | CIGNA | 2/14/2024 | | | 64721 | 5/20/2025 | GAUDIN | | $6,267.00 |
| DISP-1624643 | | DO | CIGNA | 2/14/2024 | | | 64722 | 5/20/2025 | GAUDIN | | $57,500.00 |
| DISP-1642069 | | KR | CIGNA | 3/20/2024 | | | 22849 | 9/19/2024 | RAK | | $97,885.74 |
| DISP-1716425 | | CR | CIGNA | 4/15/2024 | | | 61880 | 4/4/2025 | SNYDER | | $26,830.00 |
| DISP-199613 | | SM | CIGNA | 4/11/2022 | | | 22551 | 7/24/2024 | BIRK | | $89,435.22 |
| DISP-2173466 | | RJ | CIGNA | 6/11/2024 | | | 64722 | 6/23/2025 | J. BRISMAN | | $57,500.00 |
| DISP-2264740 | | GM | CIGNA | 6/16/2023 | | | 20660 | 2/26/2025 | BOLOGNESE | | $25,300.00 |
| DISP-2283143 | | AH | CIGNA | 7/11/2024 | | | 63047 | 2/28/2025 | IMANI | | $63,480.00 |
| DISP-2694907 | | FG | CIGNA | 8/19/2024 | | | 22551 | 8/6/2025 | VAYNMAN | | $90,000.00 |
| DISP-2695018 | | FG | CIGNA | 8/19/2024 | | | 22552 | 8/8/2025 | VAYNMAN | | $69,000.00 |
| DISP-2906062 | | KC | CIGNA | 8/19/2024 | | | 64722 | 6/30/2025 | RAK | | $57,500.00 |
| DISP-2906145 | | KC | CIGNA | 8/19/2024 | | | 69990 | 6/20/2025 | RAK | | $34,500.00 |
| DISP-3076010 | | SCG | CIGNA | 12/20/2024 | | | 22552 | 9/3/2025 | VAYNMAN | | $34,500.00 |
| DISP-368338 | | AZ | CIGNA | 1/21/2022 | | | 22612 | 10/9/2024 | SONSTEIN | | $60,000.00 |
| DISP-368458 | | AZ | CIGNA | 1/21/2022 | | | 22842 | 7/12/2024 | SONSTEIN | | $38,502.00 |
| DISP-3746077 | | PC | CIGNA | 3/27/2025 | | | 61618 | 9/24/2025 | ONESTI | | $28,750.00 |
| DISP-3746135 | | PC | CIGNA | 3/27/2025 | | | 62223 | 9/16/2025 | ONESTI | | $69,000.00 |
| DISP-3885525 | | LC | CIGNA | 1/13/2025 | | | 64722 | 9/12/2025 | GEORGE | | $115,000.00 |
| DISP-4007797 | | PC | CIGNA | 3/27/2025 | | | 20660 | 10/20/2025 | RAK | | $25,300.00 |
| DISP-4215814 | | RP | CIGNA | 5/23/2025 | | | 61790 | 11/17/2025 | M. BRISMAN | | $86,250.00 |
| DISP-429496 | | RM | CIGNA | 1/4/2023 | | | 36224 | 8/21/2023 | MANGLA | | $73,600.00 |
| DISP-429502 | | RM | CIGNA | 1/4/2023 | | | 36227 | 8/22/2023 | MANGLA | | $6,900.00 |
| DISP-4392662 | | PC | CIGNA | 6/2/2025 | | | 61618 | 11/26/2025 | RAK | | $28,750.00 |
| DISP-4648064 | | RP | CIGNA | 7/18/2025 | | | 61790 | 1/7/2026 | M. BRISMAN | | $86,250.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DISP-4846929 | ██████ | SS | CIGNA | 8/29/2025 | ████ | 63081 | 2/3/2026 | SHAH | $79,350.00 |
| DISP-4946152 | ██████ | TE | CIGNA | 7/22/2025 | ████ | 22612 | 2/5/2026 | SONSTEIN | $69,000.00 |
| DISP-5208726 | ██████ | ET | CIGNA | 8/4/2025 | ████ | 22612 | 3/18/2026 | GEORGE | $69,000.00 |
| DISP-5208920 | ██████ | ET | CIGNA | 8/4/2025 | ████ | 63047 | 2/27/2026 | GEORGE | $63,480.00 |
| DISP-5262998 | ██████ | BF | CIGNA | 8/18/2025 | ████ | 22612 | 3/9/2026 | GEORGE | $69,000.00 |
| DISP-5347920 | ██████ | JC | CIGNA | 10/10/2025 | ████ | 22853 | 3/19/2026 | GEORGE | $46,000.00 |
| DISP-629521 | ██████ | ST | CIGNA | 6/30/2023 | ████ | 22845 | 2/21/2024 | SONSTEIN | $69,000.00 |
| DISP-629655 | ██████ | ST | CIGNA | 6/30/2023 | ████ | 22853 | 2/20/2024 | SONSTEIN | $23,000.00 |
| DISP-629694 | ██████ | ST | CIGNA | 6/30/2023 | ████ | 64722 | 2/21/2024 | SONSTEIN | $143,750.00 |
| DISP-868815 | ██████ | TT | CIGNA | 4/10/2023 | ████ | 63044 | 6/29/2024 | ONESTI | $31,542.10 |
| DISP-870094 | ██████ | JOD | CIGNA | 8/18/2023 | ████ | 62140 | 7/8/2024 | ONESTI | $11,500.00 |

$2,703,693.62